IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY FOX**                                                                                   **PLAINTIFF**

v.                                    No. 4:11-cv-175–DPM

**GRACE HEALTHCARE, LLC**                                              **DEFENDANT**

JUDGMENT

Fox's complaint, *Document No. 4*, is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 October 2012